PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES W. SNYDER, | ) | |
| | ) | CASE NO. 5:13cv2360 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

In the above-captioned case, an Administrative Law Judge ("ALJ") denied Plaintiff Charles W. Snyder's application for Supplemental Security Income ("SSI") after a hearing. ECF No. 13 at 14–27. That decision became the final determination of Defendant Commissioner of Social Security Administration when the Appeals Council denied Plaintiff's request to review the ALJ's decision. *Id.* at 1–3. Plaintiff subsequently sought judicial review, and this Court referred the case to Magistrate Judge Kenneth S. McHargh for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636. The magistrate judge recommended that Defendant's decision should be vacated and remanded for further proceedings because the ALJ's Step 3 determination was not supported by substantial evidence. ECF No. 19.

28 U.S.C. § 636 provides that a party may serve and file specific written objections within fourteen days after being served with the recommendations of the magistrate judge. The statute does not require a district judge to review a magistrate judge's report to which no

(5:13cv2360)

objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149, 106 S. Ct. 466, 88 L. Ed. 2d (1986). The cutoff date to file objections was November 28, 2014. On November 25, Defendant filed a notice informing the Court that Defendant will not object to the Report and Recommendation. ECF No. 20. Plaintiff has also indicated to the Court his satisfaction with the magistrate judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's resources. *See Howard v. Secretary of Health & Human Services*, 932 F.2d 505, 509 (6th Cir. 1991).

Accordingly, the Court adopts the Report and Recommendation. Defendant's decision denying Plaintiff's SSI application is vacated and remanded consistent with the Report and Recommendation.

IT IS SO ORDERED.

| | |
|---|---|
| November 26, 2014 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |